SEALED                                    FILED

                                          AUG 1 9 2010

                                          CLERK, U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF CALIFORNIA
                                          BY_____
                                                    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    CR. NO. 2 10-0 0350

                                  )
12              Plaintiff,         )    ORDER TO SEAL
                                  )    (UNDER SEAL)
13       v.                        )
                                  )
   DEANIJINIQE CAIL,               )
14      aka "Daisy,"               )
   CHRISTIAN DEMITRIS DOTSON,      )
15      aka "C-NOTE," and          )
   VERANIQUIE WALLACE              )
16      aka "Nikki,"               )
                                  )
17              Defendants.        )
                                  )
18  _____)

19       The Court hereby orders that the Indictment, the Petition of

20  Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and

21  this Order, in the above-referenced case, shall be sealed until the

22  arrest of the defendant or until further order of the Court.

23  DATED:  ____Aug. 19, 2010____

24                                  GREGORY G. HOLLOWS
                                    _____
25                                  GREGORY G. HOLLOWS
                                    United States Magistrate Judge
26

27

28

                                  1