```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   CR. NO. 10-350 GEB (KJM)
12              Plaintiff,       )
                                 )   PETITION TO UNSEAL
13        v.                     )   INDICTMENT
                                 )
14  DEANIJINIQE CAIL,            )
        aka "Daisy,"             )
15  CHRISTIAN DEMITRIS DOTSON,   )
        aka "C-NOTE," and        )
16  VERANIQUIE WALLACE           )
        aka "Nikki,"             )
17                               )
                Defendants.      )
18  _____)
19
         TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE
20
    JUDGE:
21
         COMES NOW Carolyn K. Delaney, Assistant United States Attorney
22
    for the Eastern District of California, to petition this Court and
23
    respectfully represent:
24
         Defendants Wallace and Cail have been taken into federal
25
    custody, with an initial appearance on August 26, 2010 at 2:00 p.m.
26
         THEREFORE, your petitioner prays that the aforesaid Indictment
27
    be unsealed.
28
                                    1
```

```
1  DATED: August 26, 2010
2                                           BENJAMIN B. WAGNER
                                            UNITED STATES ATTORNEY
3
4                                           /s/ Carolyn K. Delaney
                                       by   _____
5                                           CAROLYN K. DELANEY
                                            ASSISTANT U.S. ATTORNEY
6
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2798
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )   CR. NO.  10-350 GEB (KJM)
11                               )
                  Plaintiff,     )   ORDER TO UNSEAL
12       v.                      )
                                 )
13  DEANIJINIQE CAIL,            )
         aka "Daisy,"            )
14  CHRISTIAN DEMITRIS DOTSON,   )
         aka "C-NOTE," and       )
15  VERANIQUIE WALLACE           )
         aka "Nikki,"            )
16                               )
                  Defendants.    )
17                               )
    _____)
18
19      The Court hereby orders that the Indictment shall be unsealed.
20  DATED: August 26, 2010.
21
22
23                              _____
                                U.S. MAGISTRATE JUDGE
24
```