```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | CR. NO. 10-350 GEB (KJM) |
| Plaintiff, ) ) | PETITION TO UNSEAL |
| v. ) ) | INDICTMENT |
| DEANIJINIQE CAIL, ) aka "Daisy," ) CHRISTIAN DEMITRIS DOTSON, ) aka "C-NOTE," and ) VERANIQUIE WALLACE ) aka "Nikki," ) ) Defendants. ) _____ ) | |

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Carolyn K. Delaney, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

Defendants Wallace and Cail have been taken into federal custody, with an initial appearance on August 26, 2010 at 2:00 p.m.

THEREFORE, your petitioner prays that the aforesaid Indictment be unsealed.

1

1  DATED: August 26, 2010

2                                           BENJAMIN B. WAGNER
                                            UNITED STATES ATTORNEY
3

4                                           /s/ Carolyn K. Delaney
                                    by      _____
5                                           CAROLYN K. DELANEY
                                            ASSISTANT U.S. ATTORNEY
6

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )   CR. NO.  10-350 GEB (KJM)
                             )
            Plaintiff,       )   ORDER TO UNSEAL
      v.                     )
                             )
DEANIJINIQE CAIL,            )
      aka "Daisy,"           )
CHRISTIAN DEMITRIS DOTSON,   )
      aka "C-NOTE," and      )
VERANIQUIE WALLACE           )
      aka "Nikki,"           )
                             )
            Defendants.      )
                             )
_____)
```

The Court hereby orders that the Indictment shall be unsealed.

DATED: August 26, 2010.

_____
U.S. MAGISTRATE JUDGE