DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DEANIJINIQE CAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-350 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DEANIJINIQE CAIL, CHRISTIAN DEMITRIS DOTSON, VERANIQUIE WALLACE, | ) |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, First Assistant U.S. Attorney, and defendants, DEANIJINIQE CAIL by and through her counsel, Lexi Negin, Assistant Federal Defender, CHRISTIAN DEMITRIS DOTSON by and through his counsel, Michael J. Aye, and VERANIQUIE WALLACE by and through her counsel, Michael L. Chastaine, that the status conference set for Friday, December 17, 2010, be continued to Friday, February 11, 2011.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, December 13, 2011, through and including the date of the new status conference hearing, February 11, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial

1

Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 13, 2010

Respectfully submitted,

BENJAMIN B. WAGNER  
United States Attorney

DANIEL BRODERICK  
Federal Defender

 /s/ Lexi Negin for  
CAROLYN DELANEY  
First Assistant U.S. Attorney  
Attorney for United States

 /s/ Lexi Negin  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Deanijiniqe Cali

 /s/ Lexi Negin for  
MICHAEL JAMES AYE  
Attorney for Christian Demitris Dotson

 /s/ Lexi Negin for  
MICHAEL L. CHASTAINE  
Attorney for Veraniquie Wallace

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-350 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DEANIJINIQE CAIL, CHRISTIAN DEMITRIS DOTSON, VERANIQUIE WALLACE, | ) | |
| Defendants. | ) | |

For the reasons set forth in the stipulation of the parties, filed on December 13, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, December 17, 2010, be vacated and that the case be set for **Friday, February 11, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 13, 2010, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, December 13, 2010, through and including February 11, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2