DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEANIJINIQE CAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANIJINIQE CAIL,
CHRISTIAN DEMITRIS DOTSON,
VERANIQUIE WALLACE,

Defendants.

CASE NO. 2:10-cr-350 KJM

STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, First Assistant U.S. Attorney, and defendants, DEANIJINIQE CAIL by and through her counsel, Lexi Negin, Assistant Federal Defender, CHRISTIAN DEMITRIS DOTSON by and through his counsel, Michael J. Aye, and VERANIQUIE WALLACE by and through her counsel, Michael L. Chastaine, that the status conference set for Thursday, March 31, 2011, be continued to Thursday, April 28, 2011. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

It is further stipulated that the time period from the date of this stipulation, March 29, 2011, through and including the date of the new status conference hearing, April 28, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 30, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lexi Negin for*
CAROLYN DELANEY
First Assistant U.S. Attorney
Attorney for United States

DANIEL BRODERICK
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Deanijiniqe Cali

*/s/ Lexi Negin for*
MICHAEL JAMES AYE
Attorney for Christian Demitris Dotson

*/s/ Lexi Negin for*
MICHAEL L. CHASTAINE
Attorney for Veraniquie Wallace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEANIJINIQE CAIL,<br>CHRISTIAN DEMITRIS DOTSON,<br>VERANIQUIE WALLACE,<br>Defendants. | ) | CASE NO. 2:10-cr-0350 KJM<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on March 30, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 31, 2011 is vacated and reset for Thursday, April 28, 2011, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 30, 2011, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, March 29, 2011, through and including April 28, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

DATED: March 30, 2011.

UNITED STATES DISTRICT JUDGE