```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00350-KJM |
| )  Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) v. ) | |
| DEANIJINIQE CAIL, ) | |
| CHRISTIAN DOTSON, ) | |
| VERANIQUIE WALLACE ) | |
| )  Defendants. ) | |
| _____) | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Deanijiniqe Cail, Christian Dotson, and Veraniquie Wallace, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

  1. Pursuant to 18 U.S.C. § 1594(d)(1), defendants Deanijiniqe Cail, Christian Dotson, and Veraniquie Wallace's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

  a) Toshiba laptop computer, serial # 98408508Q, and

  b) Two (2) Samsung cellular telephones.

1    2.  The above-listed property constitutes property used or
2 intended to be used to commit or to facilitate the commission of a
3 violation of 18 U.S.C. § 1591(a)(1).
4    3.  Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the United
7 States, in its secure custody and control.
8    4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21
9 U.S.C. § 853(n), and Local Rule 171, the United States shall
10 publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General may
13 direct shall be posted for at least 30 consecutive days on the
14 official internet government forfeiture site www.forfeiture.gov.
15 The United States may also, to the extent practicable, provide
16 direct written notice to any person known to have alleged an
17 interest in the property that is the subject of the order of
18 forfeiture as a substitute for published notice as to those persons
19 so notified.
20        b.  This notice shall state that any person, other than
21 the defendants, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of Forfeiture
24 posted on the official government forfeiture site, or within thirty
25 (30) days from receipt of direct written notice, whichever is
26 earlier.
27 /////
28 /////

1      5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1594(d)(1), in which all interests will be addressed.

    SO ORDERED this 17th day of June, 2011.

                                    _____
                                      UNITED STATES DISTRICT JUDGE