```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Exec. Asst. U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00350-KJM |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| DEANIJINIQE CAIL, ) | |
| CHRISTIAN DOTSON, and ) | |
| VERANIQUIE WALLACE, ) | |
| Defendants. ) | |

WHEREAS, on June 17, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1594(d)(1), based upon the plea agreements entered into between plaintiff and defendants Deanijiniqe Cail, Christian Dotson and Veraniquie Wallace and the finding of forfeiture by the Court forfeiting to the United States the following property:

      a)   Toshiba laptop computer, serial # 98408508Q, and

      b)   Two (2) Samsung cellular telephones.

AND WHEREAS, beginning on June 22, 2011, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property.
7       AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10      Accordingly, it is hereby ORDERED and ADJUDGED:
11      1.  A Final Order of Forfeiture shall be entered forfeiting
12 to the United States of America all right, title, and interest in
13 the above-listed property pursuant to 18 U.S.C. § 1594(d)(1), to
14 be disposed of according to law, including all right, title, and
15 interest of Deanijiniqe Cail, Christian Dotson and Veraniquie
16 Wallace.
17      2.  All right, title, and interest in the above-listed
18 property shall vest solely in the name of the United States of
19 America.
20      3.  The U.S. Marshals Service shall maintain custody of and
21 control over the subject property until it is disposed of
22 according to law.
23      SO ORDERED.
24 DATED:  December 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

2